IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LORETTA SHELTON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. _____ |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | DEFENDANT DEMANDS A JURY |

**DEFENDANT WAL-MART STORES TEXAS, LLC'S NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Defendant WAL-MART STORES TEXAS, LLC ("Walmart"), incorrectly named in Plaintiff's Original Petition as Walmart, Inc., and files this Notice of Removal, pursuant to 28 U.S.C. §§ 1441 and 1446, removing the above-captioned case from the 215th Judicial District Court of Harris County, Texas, to the United States District Court for the Southern District of Texas, Houston Division. The grounds for removal are as follows:

### I. RELEVANT FACTS AND NATURE OF LAWSUIT

1. Plaintiff LORETTA SHELTON claims she was injured when she slipped and fell on the floor at a Walmart store in Texas on or about June 3, 2022. *Pl.'s Orig. Pet.* (Exhibit A) ¶¶ 7, 9. Plaintiff asserts causes of action for premises liability and negligent, hiring, training, supervision, and retention against Walmart for proximately causing injuries sustained as a result of the incident. *Id.* ¶¶ 13-18. Plaintiff's Original Petition expressly states that she seeks monetary relief in excess of $1,000,000.00. *Id.* ¶ 27.

2. Plaintiff served Defendant with Plaintiff's Original Petition and the Citation on March 14, 2024.

## II. BASIS FOR REMOVAL

3. Defendant removes this case to federal court because there is complete diversity of citizenship between the parties and the amount in controversy is greater than $75,000, exclusive of interest and costs. 28 U.S.C. § 1332(a).

**A. Complete diversity of citizenship exists between the parties.**

4. Plaintiff pled that she resides in Texas, and Plaintiff is therefore a citizen of the State of Texas. Ex. A ¶ 2.

5. Wal-Mart Stores Texas, LLC is now and was at the time of filing of this action a Delaware Limited Liability Company with its principal place of business in Arkansas. The citizenship of an LLC is the same as the citizenship of all of its members. *Harvey v. Grey Wolf Drilling, Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008). Wal-Mart Real Estate Business Trust is the sole member of Wal-Mart Stores Texas, LLC.

6. Wal-Mart Real Estate Business Trust is a statutory business trust organized under the laws of the State of Delaware with its principal place of business in Arkansas. The citizenship of a statutory trust is the citizenship of its members, which includes its shareholders. *Americold Realty Tr. v. Conagra Foods, Inc.*, 136 S. Ct. 1012, 1016 (2016); *Bynane v. Bank of New York Mellon for CWMBS, Inc. Asset-Backed Certificates Series 2006-24*, 866 F.3d 351, 358 (5th Cir. 2017); *U.S. Bank Tr., N.A. v. Dupre*, 615CV0558LEKTWD, 2016 WL 5107123, at *4 (N.D.N.Y. Sept. 20, 2016) (finding that a Delaware statutory trust "seems precisely like the type [of trust] considered by the Supreme Court in *Americold*"). The sole unit/shareholder of Wal-Mart Real Estate Business Trust is Wal-Mart Property Co.

7. A corporation is "a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." *MidCap Media Fin., L.L.C.*, 929 F.3d at 314. Wal-Mart Property Co. is an incorporated entity under the

laws of the State of Delaware with its principal place of business in Arkansas. Therefore, Wal-Mart Property Co. is a citizen of Delaware and Arkansas. Wal-Mart Property Co. is also a wholly owned subsidiary of Wal-Mart Stores East, LP.

8. Wal-Mart Stores East LP is a Delaware limited partnership. The citizenship of a limited partnership, for diversity jurisdiction purposes, is based upon the citizenship of each of its partners. *Harvey*, 542 F.3d at 1079. WSE Management, LLC is the sole general partner of Wal-Mart Stores East, LP, and WSE Investment, LLC is the sole limited partner. The citizenship of these LLCs is determined by the citizenship of each of its members. See *id.* at 1080. The sole member of WSE Management, LLC and of WSE Investment, LLC is Wal-Mart Stores East, LLC (f/k/a Wal-Mart Stores East, Inc.).

9. Wal-Mart Stores East, LLC is a limited liability company formed under the laws of the State of Arkansas and has its principal place of business in Arkansas. The citizenship of an LLC is the same as the citizenship of all its members. *Id.* The sole member of Wal-Mart Stores East, LLC is Walmart Inc., (f/k/a Wal-Mart Stores, Inc.).

10. Walmart Inc. is an incorporated entity under the laws of the State of Delaware and has its principal place of business in Arkansas. Therefore, Walmart Inc. is a citizen of Delaware and Arkansas. *MidCap Media Fin., L.L.C.*, 929 F.3d at 314.

11. Accordingly, for diversity purposes, Defendant Wal-Mart Stores Texas, LLC is a citizen of Delaware and Arkansas. As such, this lawsuit is between citizens of different states pursuant to 28 U.S.C. § 1332.

B. **The amount in controversy requirement is met.**

12. A removing party may establish that the amount in controversy exceeds $75,000 by showing the non-removing party seeks damages in excess of that amount. *Gebbia v. Wal-Mart*

*Stores, Inc.*, 233 F.3d 880, 881 (5th Cir. 2000). Here, Plaintiff's Original Petition seeks damages in excess of $1,000,000.00 for physical pain and mental anguish, medical expenses, physical impairment, and physical disfigurement. Ex. A ¶¶ 19, 27.

### C. This removal is timely, and venue is proper.

13. This Notice of Removal is being filed within 30 days of service of Plaintiff's lawsuit on Defendant, and within one year of the commencement of this action. It is therefore timely. Venue is proper in this District under 28 U.S.C. § 1441(a) because the state court where the action is pending is in this District.

### D. Procedural requirements for removal are satisfied.

10. Upon filing of this Notice of Removal of the cause, Defendant gave written notice of the filing to Plaintiff and her counsel as required by law. A copy of this Notice is also being filed with the Clerk of the 240th District Court of Fort Bend County, Texas, where this cause was originally filed. A copy of all processes, pleadings, and orders has been filed separately with this Court pursuant to 28 U.S.C. § 1446(a).

### IV. CONCLUSION AND PRAYER

Based on the foregoing, Defendant has established that the amount in controversy exceeds $75,000.00, and that diversity of citizenship exists between the parties in this case. Therefore, removal is proper.

Respectfully submitted,

BUSH & RAMIREZ, PLLC

*/s/John A. Ramirez*
John A. Ramirez
Attorney in Charge
State Bar No. 00798450
S.D. Tex. No. 21280
Bryce Buchmann
State Bar No. 24100443
S.D. Tex. No. 3783069
5615 Kirby Drive, Suite 900
Houston, Texas 77005
(713) 626-1555 Telephone
(713) 622-8077 Telecopier
jramirez.atty@bushramirez.com
bbuchmann.atty@bushramirez.com

ATTORNEYS FOR DEFENDANT
WAL-MART STORES TEXAS, LLC

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing instrument has been sent to all interested counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this the 10th day of April 2024.

  Husein Hadi
  7100 Regency Square Blvd., Suite 140
  Houston, Texas 77036

          */s/ John Ramirez*
          John A. Ramirez | Bryce Buchmann