UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WILLIAM MARCHBANKS, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES TEXAS, LLC AND JOHN DOE <br><br> Defendants. | No. 1:24-cv-00383-DAE |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this day, the Court considered Plaintiff's Motion to Dismiss Without Prejudice (Dkt. # 19), and the Court, being of the opinion that same should be **GRANTED**, hereby **ORDERS** that this cause is **DISMISSED WITHOUT PREJUDICE** and removed from the Court's docket. The Court further **ORDERS** that each party bear its own court costs. The Clerk is **INSTRUCTED** to **CLOSE** the case.

All relief not granted in this order is **DENIED.**

SIGNED AND ENTERED this 10th day of June, 2025.

_____
David Alan Ezra
Senior United States District Judge